STATE OF CONNECTICUT *v.* FELIX VALENTIN

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 805 (AC 27187), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Arthur L. Ledford,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided January 23, 2008